```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
    ZAHID KHAN,                                                      JUDGMENT
                                                                     05-CV- 2445 (SLT)
                         Petitioner,

    -against-

    ALBERTO GONZALEZ, Attorney General of the
    United States; ALPHANSO AGUIRRE,
    Commissioner, U.S Citizenship and Immigration
    Service; EDWARD McELROY, New York Field
    Office Director, Bureau of Immigration and
    Customs Enforcement; U.S. CITIZENSHIP AND
    IMMIGRATION SERVICE; and UNITED STATES
    DEPARTMENT OF JUSTICE,

                         Respondents.
----------------------------------------------------------------X
```

An Order of Honorable Sandra L. Townes, United States District Judge, having been filed on September 21, 2005, dismissing the petition for a writ of habeas corpus; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondents; and that judgment is hereby entered dismissing the petition for a writ of habeas corpus.

Dated: Brooklyn, New York
       September 26, 2005

                                                ROBERT C. HEINEMANN
                                                Clerk of Court